UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RHONSHAWN JACKSON, :
　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　: CIVIL NO. 3:CV-11-1431
　　　　　　　　　　　　　　　　　　　:
JEFFREY A. BEARD, et al.,　　　　　　　: (Judge Kosik)
　　　　　　　　　　　　　　　　　　　:
　　　　Defendants　　　　　　　　　　:

## ORDER

AND NOW, THIS 3rd DAY OF AUGUST, 2015, in accordance with the Memorandum issued this day, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for the appointment of counsel (Doc. 77) is **denied without prejudice**.

2. Plaintiff's motion to correspond with witnesses (Doc. 78) is **denied as moot**.

3. Plaintiff's motion for sanctions (Doc. 79) is **denied as moot**.

4. Plaintiff's motion for replacement copies of court records and discovery materials (Doc. 83) **is granted only to the extent that** the Clerk of Court is directed to provide Plaintiff with copies of Documents 19, 55, 56, 59, 70 and 71.

5. Plaintiff's motion for case management to set a trial date (Doc. 81) is **denied without prejudice as premature**. Within twenty-one (21) days from the date of this order, Plaintiff shall file his brief, statement of material facts and evidentiary materials in opposition to Defendants' motion


for summary judgment. <u>See</u> M.D. Pa. Local Rule 56.1. The failure to do so will result in the motion being deemed unopposed and addressed on the merits.

*[signature]*

EDWIN M. KOSIK
United States District Judge